UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL ZEISS X-RAY MICROSCOPY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIGRAY, INC., <br><br> Defendant. | Case No. 21-cv-01129-EJD (VKD) <br><br> **ORDER RE AUGUST 11, 2022 DISCOVERY DISPUTE LETTER** <br><br> Re: Dkt. No. 94 |

On August 11, 2022, the parties jointly filed a discovery dispute letter that concerns multiple, unrelated discovery disputes. Dkt. No. 94. This submission does not comply with the Court's Standing Order for Civil Cases. *See* Standing Order, sec. 4, Discovery dispute resolution, para. d ("A single joint discovery dispute letter should address only one discrete issue or a few issues that are inextricably related."). For this reason, the Court denies the relief requested without prejudice, excepted as provided below, and admonishes both parties to comply with the Standing Order for future discovery dispute submissions.

The Court further orders as follows:

1. For any of plaintiff's discovery requests that are referenced in the August 11, 2022 letter, and as to which defendant agrees to provide a response, a supplemental response, or a production of documents/things, defendant must advise plaintiff of a specific date by which such response or production will be provided. The parties shall file a joint statement identifying, for each such discovery response or production, the date on which it will be made. The joint statement must be filed with the Court no later than **August 18, 2022.**

2. Defendant must produce marked, production versions of all documents accompanying its Patent L.R. 3-4 disclosures by **August 25, 2022.**

**IT IS SO ORDERED.**

Dated: August 12, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge

2