UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL ZEISS X-RAY MICROSCOPY, INC., <br><br> Plaintiff, <br> v. <br><br> SIGRAY, INC., <br><br> Defendant. | Case No.  5:21-cv-01129-EJD <br><br> **PRETRIAL SCHEDULING ORDER** |

The Court is in receipt of the parties' joint status report, ECF No. 269, and hereby adopts the parties' proposed pretrial filing schedule as modified:

| EVENT | DEADLINE |
|---|---|
| Motions *in Limine* | July 17, 2025 |
| Meet and Confer Regarding Settlement, Joint Final Pretrial Conference Statement, Pretrial Materials, and Contested Issues | July 17, 2025 |
| Joint Final Pretrial Conference Statement, Oppositions to Motions *in Limine*, Deposition and Discovery Designations, and Joint Witness and Exhibit Lists | July 24, 2025 |
| Joint Proposed Voir Dire, Proposed Jury Instructions, Proposed Verdict Forms, Statement of Case, and Proposed Findings and Conclusions of Law | July 28, 2025 |
| Final Pretrial Conference | August 7, 2025, at 1:30 P.M. |
| Objections to Designated Deposition or Discovery Excerpts and Counter-Designations Regarding Deposition Testimony | August 22, 2025 |
| Delivery of Pre-Marked Trial Exhibits (*Contact Courtroom Deputy for Instructions*) | August 28, 2025 |
| Jury Selection (*tentative*) | September 2, 2025, at 9:00 A.M. |
| Jury Trial (*tentative*) | September 2–12, 2025 |

**IT IS SO ORDERED.**

Dated: May 13, 2025

EDWARD J. DAVILA
United States District Judge