UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL ZEISS X-RAY MICROSCOPY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIGRAY, INC.,<br><br>Defendant. | Case No.  5:21-cv-01129-EJD<br><br>**ORDER DENYING MOTIONS FOR JUDGMENT AS A MATTER OF LAW**<br><br>Re: ECF No. 392 |

On September 8, 2025, Plaintiff Carl Zeiss X-Ray Microscopy, Inc. ("Zeiss") filed a motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a). ECF No. 392. The same day, Defendant Sigray, Inc. ("Sigray") orally moved for judgment as a matter of law under Rule 50(a) while on the record and out of the presence of the jury. *See* ECF No. 393. The Court also heard Zeiss's argument in opposition to Sigray's Rule 50(a) motion to the extent Zeiss's arguments were not reflected in its own Rule 50(a) motion.

Having carefully considered the parties' motions, the Court finds that a reasonable jury would have a legally sufficient evidentiary basis to find for Sigray on each of the issues identified in Zeiss's motion. See Fed. R. Civ. P. 50(a). Likewise, the Court finds that a reasonable jury would have a legally sufficient evidentiary basis to find for Zeiss on each of the issues identified in Sigray's motion. *Id.*

Both Zeiss and Sigray's motions are therefore **DENIED**. The parties may renew these motions at the close of trial pursuant to Federal Rule of Civil Procedure 50(b).

Case No.: 5:21-cv-01129-EJD
ORDER DENYING MOTS. FOR JMOL

1

**IT IS SO ORDERED.**

Dated: September 9, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-01129-EJD
ORDER DENYING MOTS. FOR JMOL

2